UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JONATHAN L. MOORE

v.  CA 10-049 ML

A.T. WALL, et al.

## MEMORANDUM AND ORDER

This matter is before the Court on Petitioner's objections to a Report and Recommendation issued by Magistrate Judge Almond on February 16, 2010. Having reviewed those objections, and finding no merit in them, the Court adopts the Report and Recommendation in its entirety.

The Petition for Writ of Habeas Corpus is hereby DISMISSED.

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
February 24, 2010