UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JONATHAN MOORE

v.  CA 10-049 ML

A.T. WALL, et al.

ORDER

This Court adopts the recommendation of Magistrate Judge Almond that Plaintiff's Motion for Leave to Appeal In Forma Pauperis be DENIED.

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
April /3 , 2010